**Marcel POP, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General of the United States, Respondent.**

**No. 12–3214.**

United States Court of Appeals, Seventh Circuit.

Submitted Jan. 31, 2013.*

Decided Feb. 19, 2013.

Gerardo S. Gutierrez, Attorney, Chicago, IL, for Petitioner.

Nancy E. Friedman, Attorney, Department of Justice, OIL, Attorney, Department of Justice, Washington, DC, for Respondent.

Before FRANK H. EASTERBROOK, Chief Judge, DANIEL A. MANION, Circuit Judge and MICHAEL S. KANNE, Circuit Judge.

**Order**

The petition for review is dismissed for want of jurisdiction. See *Anaya–Aguilar v. Holder*, 683 F.3d 369 (7th Cir.2012).

---

* This successive appeal has been submitted to the original panel under Operating Procedure 6(b). After examining the briefs and the record, we have concluded that oral argument is unnecessary. See Fed. R.App. P. 34(a); Cir. R. 34(f).